

MAR 16 2010
BANKRUPTCY COURT
BUFFALO, N.Y.



11089520
$2.24
3/16/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-15-10

CASE: Epifanic R. Rosado

DOCKET #: 06-03342

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✓) Checks under $5.00

( ) Other   P/c1 Capital Recovery One
25 SE Second Ave Suite 1120
Miami, FL. 33131